# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 17-00074-WS-B |
| MICHAEL A. FLEMING | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 30) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count One and Four of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **September 26, 2017 at 10:30 a.m.** in Courtroom 2A before the undersigned.

**DONE and ORDERED** this 1st day of September, 2017.

s/William H. Steele
UNITED STATES DISTRICT JUDGE